DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL PEREZ,**
Appellant,

v.

**THOMAS AYDELOTTE,** et al.,
Appellees.

No. 4D2024-1500

[November 13, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE-22-002885.

George A. David of George A. David, P.A., Coral Gables, for appellant.

Ramsey Villalon of Mamone Villalon, Miami, for appellee Woodlake Apartments Condominium Association, Inc.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***